**Jimmy ALLRED, Plaintiff–Appellant,**

v.

**CHIEF OF SECURITY (STG); Robert Smith; Charles Raynor, Captain, Defendants–Appellees.**

**No. 01–6971.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 14, 2001.

Decided Dec. 12, 2001.

Jimmy Lee Allred, pro se.

Before WILKINS and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jimmy Lee Allred appeals the district court's order dismissing as frivolous his 42

U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Allred v. Chief of Security*, No. CA–01–285–5–BR (E.D.N.C. Apr. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*